## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:24-CR- 00245 |
| | : | |
| v. | : | (JUDGE SAPORITO ) |
| | : | |
| WILLIAM WALTON, | : | |
| Defendant | : | |

### INDICTMENT

THE GRAND JURY CHARGES:

**FILED**
HARRISBURG, PA

SEP 18 2024

PER_____IBᴿ_____
DEPUTY CLERK

### COUNT 1
18 U.S.C. § 2251(a)
(Production of Child Pornography)

On or about April 8, 2022, in Mifflin County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### WILLIAM WALTON,

did employ, use, persuade, induce, and entice a minor, 15-year-old Minor Victim 1, to engage in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)(A)) for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, to wit: a video depicting WALTON causing Minor Victim 1 to engage in and be subjected to

sadistic and masochistic abuse, and the visual depiction of this abuse

was recorded with a Canon VIXIA HF R52 video camera and copied to a

SanDisk SD card (MVI_0133_MP4).

In violation of Title 18, United States Code, Sections 2251(a) and

(e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 2251(a)
(Production of Child Pornography)

On or about October 9, 2022, in Mifflin County, in the Middle

District of Pennsylvania, and elsewhere, the defendant,

## WILLIAM WALTON,

did employ, use, persuade, induce, and entice a minor, 15-year-old

Minor Victim 1, to engage in sexually explicit conduct (as defined in 18

U.S.C. § 2256(2)(A)) for the purpose of producing a visual depiction of

such conduct, and that visual depiction was produced using materials

that had been mailed, shipped, and transported in and affecting

interstate and foreign commerce by any means, to wit: a video depicting

WALTON causing Minor Victim 1 to engage in and be subjected to

2

sadistic and masochistic abuse, and the visual depiction of this abuse

was recorded with a Canon VIXIA HF R52 video camera and copied to a

SanDisk SD card (MVI_0145_MP4).

In violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 2251(a)
(Production of Child Pornography)

On or about October 9, 2022, in Mifflin County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

## WILLIAM WALTON,

did employ, use, persuade, induce, and entice a minor, 15-year-old Minor Victim 1, to engage in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)(A)) for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, to wit: a video depicting WALTON causing Minor Victim 1 to engage in and be subjected to sadistic and masochistic abuse, and the visual depiction of this abuse was recorded using a Canon VIXIA HF R52 video camera and copied to a SanDisk SD card (MVI_0146_MP4).

In violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
18 U.S.C. § 2251(a)
(Production of Child Pornography)

On or about June 17, 2023, in Mifflin County, in the Middle

District of Pennsylvania, and elsewhere, the defendant,

## WILLIAM WALTON,

did employ, use, persuade, induce, and entice a minor, 15-year-old

Minor Victim 2, to engage in sexually explicit conduct (as defined in 18

U.S.C. § 2256(2)(A)) for the purpose of producing a visual depiction of

such conduct, and that visual depiction was produced using materials

that had been mailed, shipped, and transported in and affecting

interstate and foreign commerce by any means, to wit: a video depicting

WALTON causing Minor Victim 2 to engage in and be subjected to

sadistic and masochistic abuse, and the visual depiction of this abuse

was recorded using a Canon VIXIA HF R52 video camera and copied to

a SanDisk SD card (MVI_0182_MP4).

In violation of Title 18, United States Code, Sections 2251(a) and

(e).

THE GRAND JURY FURTHER FINDS:

## FORFEITURE ALLEGATION

1.      The allegations contained in Counts 1 through 4 of this
Indictment are hereby realleged and incorporated by reference for the
purpose of alleging forfeiture pursuant to Title 18, United States Code,
Section 2253.

2.      Pursuant to Title 18, United States Code, Section 2253, upon
conviction of an offense in violation of Title 18, United States Code,
Section 2251, the defendant,

### WILLIAM WALTON,

   a.      Any visual depiction described in Title 18, United
           States Code, sections 2251, 2251A, or 2252, or any
           book, magazine, periodical, film, videotape, or other
           matter which contains any such visual depiction, which
           was produced, transported, mailed, shipped or received
           in violation of Title 18, United States Code, Chapter
           110;

   b.      Any property, real or personal, constituting or

traceable to gross profits or other proceeds obtained from the offenses; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

 3. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

 All pursuant to Title 18, United States Code, Section 2253(b).

A TRUE BILL

GERARD M. KARAM
United States Attorney

███████████████████████████
FOREPERSON

*(signature)*
CHRISTIAN T. HAUGSBY
Assistant United States Attorney

Date 9/18/2024