AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:24-CR-00245 |
| WILLIAM WALTON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     WILLIAM WALTON                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

  Count 1-4 - 18 U.S.C. 2251(a) - Production of Child Pornography

Date:      09/18/2024                                         s/Ingrid B. Ritchie
                                                                          *Issuing officer's signature*

City and state:      Harrisburg, PA                          Ingrid B. Ritchie, Deputy Clerk
                                                                          *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____                          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |