UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:24-CR-245 |
| | ) | |
| v. | ) | (Judge Saporito) |
| | ) | |
| WILLIAM WALTON, | ) | (M.J. Bloom) |
| Defendant. | ) | |

## MOTION FOR DETENTION

The United States moves pursuant to 18 U.S.C. § 3142 for the detention of defendant William Walton, who is charged in a four-count indictment with using minors to produce child pornography, in violation of 18 U.S.C. § 2251(a). Doc. 1.

The Government represents that it is entitled to a detention hearing because Walton is charged with felonies that involve minor victims and because there is a serious risk that defendant will flee.[1] *See* 18 U.S.C. §§ 3142(f)(1)(E) and 3142(f)(2)(A).

Furthermore, there is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of the community, in that Walton

---

[1] Each of the offenses charged in the indictment is punishable by up to 30 years' imprisonment, and each offense carries a mandatory minimum term of imprisonment of 15 years. 18 U.S.C. § 2251(e).

is charged with offenses involving minor victims under 18 U.S.C. 2251(a). *See* 18 U.S.C. § 3142(e)(3)(E).

The Government further submits that in addition to the presumption in favor of detention that arises because of the nature of the offenses charged in the indictment, the relevant factors prescribed in 18 U.S.C. § 3142(g) support a finding of detention because no condition or combination of conditions can reasonably be expected to ensure the safety of the community and Walton's appearance at further proceedings.

These factors include, among others:

- **The nature and circumstances of the offenses charged**. Walton is charged with using multiple adolescent minors to produce images constituting child pornography. These images depict Walton subjecting the victims to bondage, lasciviously exhibiting their genitals, and inflicting physical pain on them for Walton's sexual gratification. Walton also discouraged the victims from notifying others about their encounters with him, in an effort to keep the

misconduct undetected. Walton's criminal activity was manifestly dangerous.

- **The weight of the evidence**. The evidence supporting the charges in the indictment is extensive, and includes, among other things, reports from victims, Walton's voluntary admissions, physical evidence obtained from Walton's residence, and forensic evidence, including multiple videos that Walton created, which depicted him gagging victims and binding them victims with ligatures, stripping them naked, lasciviously displaying and focusing on their genitals, and using painful implements on their bodies, including on their genitals.

- **The history and characteristics of the defendant**. In committing the offenses charged in this case, Walton deceived his victims into believing that he was creating the exploitative videos as part of a college research project—a story he made up to induce his victims to participate. Walton repeated this story to law enforcement when he was interviewed in September 2023, before admitting that the

story was false and entirely made up. And Walton has admitted that he created the videos because they aroused him sexually. Significantly, although the indictment alleges that Walton created videos depicting child pornography with two minor victims, he has admitted that he created similar videos with at least 10 individuals, several of whom are believed to have been minors.

- **The nature and seriousness of the danger to the community**. Walton's offenses were targeted at vulnerable adolescents in his community, including his own son. And Walton has admitted to an interest in bondage fantasies involving juveniles that he acted out on multiple occasions by tricking minor victims and creating videos that depicted sexually explicit conduct and the lascivious display of the victims' genitalia. Walton's offenses involved the intentional infliction of pain on the minors, and he sought to persuade the minors not to tell others about their encounters with him. The combination of deceitful, secretive, dangerous, and

illicit conduct involving multiple minor victims is unquestionably dangerous.

For these reasons, the United States respectfully submits that there are no conditions or combination of conditions that can reasonably be expected to ensure the safety of the community or Walton's appearance, and accordingly requests that the Court enter an order detaining the defendant pending further proceedings in this case.

If Walton contests detention, the United States respectfully requests three days to prepare for a hearing. *See* 18 U.S.C. § 3142(f).

Respectfully submitted,

GERARD M. KARAM
United States Attorney


/s/ Christian T. Haugsby
CHRISTIAN T. HAUGSBY
Assistant United States Attorney
Middle District of Pennsylvania
PA 205383
1501 N. 6th Street, Box 202
Harrisburg, PA 17102
(717) 221-4482
christian.haugsby@usdoj.gov

Date: October 1, 2024