# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WILLIAM WALTON | ) | Case No. 1:24-CR-00245 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **WILLIAM WALTON**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1-4 - 18 U.S.C. 2251(a) - Production of Child Pornography

EC'D USMS M/PA HBG
24 SEP 18 17:47

FILED
HARRISBURG, PA
OCT 07 2024
PER _____ DEPUTY CLERK

Date: 09/18/2024

s/Ingrid B. Ritchie
*Issuing officer's signature*

City and state: Harrisburg, PA

Ingrid B. Ritchie, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/01/2024, and the person was arrested on *(date)* 10/01/2024
at *(city and state)* Lewistown, PA.

Date: 10/07/2024

*Arresting officer's signature*

Sean McGraw, Special Agent
*Printed name and title*